### McKNIGHT *et al. v.* THE CITY OF DALTON *et al.*

LUMPKIN, J. Upon full consideration of the pleadings and evidence, it can not be held that the presiding judge erred in refusing to grant an interlocutory injunction.

*Judgment affirmed. All the Justices concur, except Hill, J., not presiding.*
DECEMBER 15, 1911.

Petition for injunction. Before Judge Fite. Whitfield superior court. May 20, 1911.

*C. D. & F. K. McCutchen* and *Maddox, McCamy & Shumate,* for plaintiffs.

*W. C. Martin, W. E. Mann,* and *M. C. Tarver,* for defendants.